■ JESSICA BOGER, Respondent, v SCOTT BOGER, Appellant. [639 NYS2d 936]

Contrary to the defendant husband's contention, under the circumstances of this case, the Supreme Court did not improvidently exercise its discretion in awarding counsel fees to the plaintiff wife *(see,* Domestic Relations Law § 237; *DeCabrera v Cabrera-Rosete,* 70 NY2d 879; *Brennen v Brennen,* 148 AD2d 487; *Cotton v Cotton,* 147 AD2d 436; *Stern v Stern,* 67 AD2d 253). Mangano, P. J., Thompson, Friedmann, Florio and McGinity, JJ., concur.